UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM ALLEN, ) | No. CV 06-7204-SGL (PLA) |
|         Petitioner, ) | **JUDGMENT** |
| v. ) | |
| L.E. SCRIBNER, Warden, ) | |
|         Respondent. ) | |

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the second amended petition in this matter is denied and dismissed with prejudice.

DATED: September 11, 2009

_____
HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE